```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3114 |
| v. ) | |
| ) | |
| LAURO IVAN AGUILAR-CANCHE, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

Defendant's unopposed oral motion to continue is granted and the suppression hearing is continued from January 6 to February 6, 2006 at 1:00 p.m.

DATED this 6th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge