IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3114 |
| | ) | |
| v. | ) | |
| | ) | |
| LAURO IVAN AGUILAR-CANCHE, | ) | ORDER ON MOTINF OR REVIEW OF |
| | ) | CONDITIONS OF PRE-TRIAL RELEASE |
| Defendant. | ) | |
| | ) | |

The unopposed Motion for Review of Conditions of Pre-Trial Release is granted as follows:

The defendant's limitation as to travel is enlarged to include the County of Lewis, Washington.

Dated this 7th day of December, 2005.

BY THE COURT:

s/ Warren K. Urbom
Senior United States District Judge