```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3114 |
| v. | ) | |
| | ) | |
| LAURO IVAN AGUILAR-CANCHE, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED:

   1. Defendant's motion to continue hearing, filing 23, is granted and the suppression hearing is continued from February 6 to March 9, 2006 at 1:30 p.m.

   2. Defendant is given 20 days to respond to plaintiff's motion to quash subpoena.

   DATED this 2nd day of February, 2006.

                                 BY THE COURT:

                                 s/ *David L. Piester*
                                 David L. Piester
                                 United States Magistrate Judge