```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3114 |
| | ) | |
| v. | ) | |
| | ) | |
| LAURO IVAN AGUILAR-CANCHE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant's unopposed motion to continue the suppression hearing, filing 26, is granted in part, and

1. The hearing in defendant's motion to suppress, filing 13, is continued to March 16, 2006 at 1:30 p.m.

2. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and March 16, 2006 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 7th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge