```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3114 |
| v. ) | |
| ) | |
| LAURO IVAN AGUILAR-CANCHE, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

Defendant's motion to continue evidentiary hearing, filing 28, is granted and the suppression hearing is continued to April 19, 2006 at 1:30 p.m.

DATED this 9th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge