```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3114 |
| v. | ) | |
| | ) | |
| LAURO IVAN AGUILAR-CANCHE, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED:

   Plaintiff's motion to continue, filing 32, is granted and the hearing on defendant's motion to suppress is continued from April 19 to June 9, 2006 at 9:00 a.m.

   Defendant shall be present for the hearing.

   DATED this 4th day of April, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge