IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
                 Plaintiff,     )
                                )        4:05CR3114
            v.                  )
                                )
LAURO IVAN AGUILAR-CANCHE,      )
                                )              ORDER
                 Defendant.     )
                                )

        IT IS ORDERED:

        Defendant's motion to amend conditions of release, filing
31, is granted and the defendant shall be permitted to travel as
his employer may require to and from Mulenomah County, Oregon,
provided that he notify his supervising officer at least twelve
(12) hours prior to the travel.


        DATED this 4th day of April, 2006.


                        BY THE COURT:


                        s/ David L. Piester

                        David L. Piester
                        United States Magistrate Judge