```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3114 |
| v. | ) | |
| | ) | |
| LAURO IVAN AGUILAR-CANCHE, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

For all of the reasons set forth in the government's brief in opposition,

IT IS ORDERED,

The defendant's motion to compel discovery, filing 35, is denied in all respects.

DATED this 23rd day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge