IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3114 |
| v. ) | |
| ) | |
| LAURO IVAN AGUILAR-CANCHE, ) | |
| ) | ORDER |
| Defendant. ) | |

Following a telephone conference with counsel this date,

IT IS ORDERED,

The joint oral motion for continuance of the suppression hearing is granted and the hearing that was set for June 9, 2006 is continued until further order when the defendant is in this court's jurisdiction.  Counsel shall advise the court when they know the defendant is available for the hearing.

DATED this 8th day of June, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge