IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3114 |
| v. | ) | |
| | ) | |
| LAURO IVAN AGUILAR-CANCHE, | ) | ORDER ON MOTION TO RELEASE |
| | ) | BOND |
| Defendant. | ) | |
| | ) | |

In the Order Setting Conditions of Release (Filing 9), the defendant was required to post a $10,000 cash bond as a condition of his release. Such posting was made by Carlos Monzon, and is in the custody of the Clerk of the United States District Court for the District of Nebraska. A Consent to Transfer of Case for Plea and Sentence (*Under Rule 20*), filing 48, signed by Lauro Aguilar was filed on April 16, 2010, and pursuant to Rule 20 of the Federal Rules of Procedure, the above action was transferred to and received by the Western District of Washington, filing 50, on April 21, 2008. Therefore, the amount of $10,000 should be exonerated and returned to Carlos Monzon at 650 J Street, Suite 401, Lincoln, NE 68508..

IT IS ORDERED that the Clerk of the United States District Court for the District of Nebraska return the $10,000 cash bond posting which is in the possession of the Clerk of the

United States District Court for the District of Nebraska, to Carlos Monzon at 650 J Street, Suite 401, Lincoln, Nebraska 68508.

    Dated September 20, 2010.

                      BY THE COURT

                        s/ Warren K. Urbom
                        United States Senior District Judge